RANSOM *et al.*, Respondents, *v.* MASTEN, Appellant.

*(Supreme Court, General Term, Third Department.* May 27, 1889.)

For opinion on appeal, see 4 N. Y. Supp. 781.

Argued before LANDON and INGALLS, JJ.

No opinion. Motion for reargument or to go to court of appeals denied, with $10 costs.